**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 12-cv-02009-BNB
(**The above civil action number must appear on all future papers
sent to the court in this action.  Failure to include this number
may result in a delay in the consideration of your claims.**)

SANFORD B. SCHUPPER,

      Plaintiff,

v.

COLORADO DEPARTMENT OF CORRECTIONS,
LISA FITZGERALD,
RANDY OLGUIN,
JOE EASTON,
JOHN DOE, JANE DOES I to X, all jointly and severally in their official and individual
      capacities.

      Defendants.

---

### ORDER DIRECTING PLAINTIFF TO CURE DEFICIENCIES

---

      Plaintiff Sanford B. Schupper has submitted an "Affirmed Civil Rights Complaint
Incorporating Affidavit and Request for Temporary Restraining Order" on July 30, 2012.
(ECF No. 1) and a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28
U.S.C. § 1915.  As part of the court's review pursuant to D.C.COLO.LCivR 8.2, the court
has determined that the submitted documents are deficient as described in this order.
Plaintiff will be directed to cure the following if he wishes to pursue his claims.  Any
papers which the Plaintiff files in response to this order must include the civil action
number on this order.

**28 U.S.C. § 1915 Motion and Affidavit**:
(1)    ___    is not submitted

(2)   ___   is missing affidavit
(3)   <u>xx</u>   is missing certified copy of prisoner's trust fund statement for the 6-month period immediately preceding this filing
(4)   ___   is missing certificate showing current balance in prison account
(5)   ___   is missing required financial information
(6)   ___   is missing an original signature by the prisoner
(7)   ___   is not on proper form (must use the court's current form)
(8)   ___   names in caption do not match names in caption of complaint, petition or habeas application
(9)   ___   An original and a copy have not been received by the court. Only an original has been received.
(10)   <u>xx</u>   other: <u>Motion is necessary only if $350.00 filing fee is not paid in advance.</u>
**Complaint, Petition or Application**:
(11)   ___   is not submitted
(12)   <u>xx</u>   is not on proper form (must use the court's current form)
(13)   ___   is missing an original signature by the prisoner
(14)   ___   is missing page nos. ___
(15)   ___   uses et al. instead of listing all parties in caption
(16)   ___   An original and a copy have not been received by the court. Only an original has been received.
(17)   ___   Sufficient copies to serve each defendant/respondent have not been received by the court.
(18)   ___   names in caption do not match names in text
(19)   ___   other _____

Accordingly, it is

ORDERED that the Plaintiff cure the deficiencies designated above **within thirty (30) days from the date of this order**. Any papers which the Plaintiff files in response to this order <u>must include the civil action number on this order</u>. It is

FURTHER ORDERED that Plaintiff shall obtain the Court-approved Prisoner Complaint form (with the assistance of his case manager or the facility's legal assistant), along with the applicable instructions, at <u>www.cod.uscourts.gov</u>.

FURTHER ORDERED that, if the Plaintiff fails to cure the designated deficiencies **within thirty (30) days from the date of this order**, this action will be dismissed without further notice. The dismissal shall be without prejudice.

DATED August 1, 2012, at Denver, Colorado.

BY THE COURT:

/s Boyd N. Boland
United States Magistrate Judge