IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 12-cv-02009-WYD-BNB

SANFORD B. SCHUPPER,

Plaintiff,

v.

THE COLORADO DEPARTMENT OF CORRECTIONS,
LISA FITZGERALD,
RANDY OLGUIN,
JOE EASTON, and
JOHN AND JANE DOES,

Defendants.

_____

**ORDER**
_____

The matter arises on a paper filed by the plaintiff titled **Sworn Affidaivt of Sanford B. Schupper in Support of Motion for "TRO" or Preliminary Injunction** [Doc. #88, filed 01/14/2013] (the "Paper"). For the reasons stated in my order dated January 11, 2013 [Doc. #87], the Paper is STRICKEN.

IT IS ORDERED:

(1) The Sworn Affidavit of Sanford B. Schupper in Support of Motion for "TRO" or Preliminary Injunction [Doc. #88] is STRICKEN;

(2) The plaintiff shall cease filing inappropriate papers;

(3) All papers shall be served on counsel for the defendants in accordance with Fed. R. Civ. P. 5 and shall be accompanied by a proper Certificate of Service;

(4) Any future motions for injunctive relief and supporting affidavits shall be filed in

compliance with the Federal Rules of Procedure and my previous order [Doc. #87]; and

(5)   Failure to comply with this order will result in sanctions, including dismissal of this action with prejudice.

Dated January 15, 2013.

                                            BY THE COURT:

                                            s/ Boyd N. Boland
                                            United States Magistrate Judge