IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   12-cv-02009-WYD-BNB

SANFORD B. SCHUPPER,

   Plaintiff,

v.

THE COLORADO DEPARTMENT OF CORRECTIONS,
LISA FITZGERALD,
RANDY OLGUIN,
JOE EASTON, and
JOHN & JANE DOES,

   Defendants.

---

FINAL JUDGMENT

---

   Pursuant to and in accordance with Fed. R. Civ. P. 58(a) and the Order Affirming and Adopting Recommendation of the United States Magistrate Judge, filed on September 26, 2013, by the Honorable Wiley Y. Daniel, Senior United States District Judge, and incorporated herein by reference as if fully set forth, it is

   ORDERED that the Recommendation of United Sates Magistrate Judge [ECF Doc. No. 178] is AFFIRMED AND ADOPTED.  It is further

   ORDERED that judgment is hereby entered in favor of Defendants, the Colorado Department of Corrections, Lisa Fitzgerald, Randy Olguin, Joe Easton, and John & Jane Does, and against Plaintiff, Sanford B. Schupper, on Recommendation of the United States Magistrate Judge.  It is further

   ORDERED that plaintiff's complaint and action are dismissed with prejudice.

-1-

DATED at Denver, Colorado this 27th day of September 2013.

FOR THE COURT:

JEFFREY P. COLWELL, CLERK

s/ Robert R. Keech
Robert R. Keech,
Deputy Clerk